**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No 16-cv-02723-RBJ
*Consolidated Cases: 17-cv-00485; 17-cv-00502; 17-cv-00509; 17-cv-00667; 17-cv-00791; 19-cv-01771; and 19-cv-01951*

JEREMY LEE SCARLETT, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AIR METHODS CORPORATION and
ROCKY MOUNTAIN HOLDINGS, LLC,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to remand from the Tenth Circuit and the ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT of Judge R. Brooke Jackson entered on May 11, 2021 [ECF No. 223] it is

ORDERED that the Cowen plaintiffs' Motion for Summary Judgment [ECF No. 181] and the Dequasie plaintiffs' Motion for Summary Judgment [ECF No. 185] are GRANTED. It is

FURTHER ORDERED the case is closed.

Dated at Denver, Colorado this 12th day of May, 2021.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

                    J. Dynes
                    Deputy Clerk